IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| ORG GC MIDCO, LLC,[1] § | Case No. 21-90015 (MI) |
| § | (CHAPTER 11) |
| DEBTOR. § | |

NOTICE OF APPEARANCE, REQUEST FOR ALL
NOTICES, AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Winstead PC ("Winstead") appears on behalf of JPMorgan Chase Bank, N.A. ("JPMorgan"), in its capacity as administrative agent (the "Prepetition ABL Agent") under that certain Credit Agreement dated July 31, 2017, by and among GC Services Limited Partnership and certain of its affiliates, as borrowers, and each of the guarantors, including the Debtor, party thereto (as the same may be amended, restated, supplemented, or otherwise modified from time to time, the "Prepetition ABL Credit Agreement"), hereby submits this notice of appearance in the above-captioned proceeding and requests notice of all hearings and conferences herein and makes a demand for service of all papers herein, including all papers and notices pursuant to Rules 2002, 3011, 3017, 5009, 9007, and 9010 (if applicable) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 342 and 1109(b) (if applicable) of title 11 of the U.S. Code (the "Bankruptcy Code").

All notices given or required to be given in the above-captioned proceeding shall be given to and served upon Winstead at the following addresses:

>Phillip Lamberson
>Melissa Stewart
>Jason Enright
>**WINSTEAD PC**

---

[1] The last four digits of the federal tax identification number are 1740. The Debtor's mailing address is 6330 Gulfton Street, Houston, Texas 77081.

500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 745-5400
Facsimile:  (214) 745-5390
E-mail: plamberson@winstead.com
E-mail: mstewart@winstead.com
E-mail: jenright@winstead.com

**AND**

Sean Davis
Kadie Michaelis
Steffen Sowell
**WINSTEAD PC**
600 Travis Street
Suite 5200
Houston, Texas 77002
Telephone: (713) 650-8400
Facsimile:  (713) 650-2400
E-mail: sbdavis@winstead.com
E-mail: kmichaelis@winstead.com
E-mail: ssowell@winstead.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, the schedules, statement of financial affairs, operating reports, any letter, application, motion, complaint, objection, claim, demand, hearing, petition, pleadings or request, discovery request, deposition notice, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, electronic mail, telephone, telegraph, telex or otherwise filed with or delivered to the Bankruptcy Clerk, Clerk, Court or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above-captioned case and any proceedings related thereto.

**PLEASE TAKE FURTHER NOTICE** that JPMorgan intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive: (*i*) the right of JPMorgan

to object and/or not consent to entry of final orders by a Bankruptcy Judge in non-core matters and request that final orders in non-core matters be entered only after de novo review by a District Judge; (*ii*) the right of JPMorgan to a trial by jury in any proceedings so triable in the above-captioned case, or any case, controversy or proceeding related to the above-captioned case; (*iii*) the right of JPMorgan to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or, (*iv*) any other rights, claims, actions, defenses, setoffs, or recoupments to which JPMorgan is or may be entitled under agreements, at law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments the undersigned expressly reserves on behalf of JPMorgan.

**DATED: November 8, 2021.**

Respectfully submitted,

**WINSTEAD PC**

By: */s/ Phillip Lamberson*
Phillip Lamberson
Texas Bar No. 00794134
S.D. Tex. No. 25823
Melissa Stewart
Texas Bar No. 17388500
Jason Enright
Texas Bar No. 24087475
S.D. Tex. No. 3037852
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 745-5400
Facsimile:  (214) 745-5390

-**and**-

Sean Davis
Texas Bar No. 24069583

S.D. Tex. No. 1048341
Kadie Michaelis
Texas Bar No. 24077909
Steffen Sowell
Texas Bar No. 24107926
S.D. Tex. No. 3599931
600 Travis Street
Suite 5200
Houston, Texas 77002
Telephone:  (713) 650-8400
Facsimile:   (713) 650-2400

**ATTORNEYS FOR JPMORGAN CHASE
BANK N.A., AS PREPETITION ABL AGENT**

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2021, a true and correct copy of the foregoing Notice of Appearance was electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

*/s/ Phillip Lamberson*
One of Counsel