# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
# Tuesday, November 9, 2021

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Britney | Baker | King & Spalding LLP | GS Parties |
| Paul | Genender | Weil, Gotshal & Manges LLP | Debtor |
| Daniel | Ginsberg | Stroock & Stroock & Lavan LLP | BSP, as Term Loan Agent and Certain Term Loan Lenders |
| Jayme | Goldstein | Stroock & Stroock & Lavan LLP | BSP, as Term Loan Agent and Certain Term Loan Lenders |
| Michael | Handler | King & Spalding LLP | GS Parties |
| W. Austin | Jowers | King & Spalding LLP | GS Parties |
| Phillip | Lamberson | Winstead PC | JPMorgan Chase Bank NA |
| Joanne | Lau | Stroock & Stroock & Lavan LLP | BSP, as Term Loan Agent and Certain Term Loan Lenders |
| Ha | Nguyen | U.S. Department of Justice | U.S. Trustee |
| Martha | Wyrick | Haynes and Boone LLP | GS Parties and BSP, as Term Loan Agent and Certain Term Loan Lenders |